No. 03–590. WISCONSIN *v.* KNAPP. Sup. Ct. Wis. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Patane, ante,* p. 630. ▪

No. 03–1245. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. *v.* GHEREBI. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rumsfeld* v. *Padilla, ante,* p. 426. ▪

No. 04A5. HARRIS *v.* JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application to stay or vacate Fifth Circuit order, reinstate District Court order, or for a temporary restraining order, presented to JUSTICE SCALIA, and by him referred to the Court, denied.